# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4490

_____

JERRY MCAFFEE,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS, Secretary/JULIE
L. JONES, FLORIDA COMMISSION
ON OFFENDER REVIEW,

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

October 16, 2018

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

ROWE, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jerry McAffee, pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Beverly Brewster, Assistant General Counsel, Florida Department of Corrections, Tallahassee; Rana Wallace, General Counsel, and Mark Hiers, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondents.